UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
**RAMON M. CORA**,                                               :
                                                                 :
                                   Plaintiff,                    :
                                                                 :    **ORDER**
                  – against –                                    :    23-CV-9088 (AMD) (LB)
                                                                 :
**DEPARTMENT OF HOMELESS SERVICES**,                             :
                                                                 :
                                   Defendant.                    :
---------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On December 7, 2023, the *pro se* plaintiff Ramon M. Cora brought this action against the New York City Department of Homeless Services ("DHS").  (ECF No. 1.)  By Memorandum and Order dated January 8, 2024, the Court granted the plaintiff's request to proceed *in forma pauperis*, dismissed the action without prejudice, and granted the plaintiff 30 days from the date of the Order to file an amended complaint.  (ECF No. 5.)  On February 12, 2024 and March 1, 2024, the Court extended the filing deadline and informed the plaintiff that if he did not file an amended complaint within the time allowed or show good cause for an extension, the Clerk of Court would be directed to enter judgment and close the case.  To date, the plaintiff has not filed an amended complaint or otherwise contacted the Court.

Accordingly, the Clerk of Court is directed to enter judgment and close this action.  The Clerk of Court is respectfully directed to mail a copy of this Order to the plaintiff and to note the mailing on the docket.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith.  Therefore, *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

s/Ann M. Donnelly

_____

ANN M. DONNELLY
United States District Judge

Dated:  Brooklyn, New York
       March 20, 2024